[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 08, 2010
JOHN LEY
CLERK

_____

No. 10-10329
Non-Argument Calendar

_____

D.C. Docket No. 2:02-cr-00374-LSC-TMP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL GLENN BOLE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(December 8, 2010)

Before TJOFLAT, HULL and MARTIN, Circuit Judges.

PER CURIAM:

James L. O'Kelley, appointed counsel for Michael Glenn Bole, filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bole's revocation of supervised release and sentence are **AFFIRMED**.